| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

SCOTT F. JORDAN, )
)
    Plaintiff, )
)
vs. )
)
KELLY SERVICES, INC. and )
LINCOLN FINANCIAL GROUP, )
)
    Defendants. )

## COMPLAINT

The Plaintiff, Scott F. Jordan ("Plaintiff" or "Jordan"), in person and by counsel, Robert Owen Vegeler of the Vegeler Law Office LLC, hereby files his Complaint against Defendants, Kelly Services, Inc. ("Kelly") and Lincoln Financial Group ("Lincoln") [collectively "Defendants"], and alleges as follows:

### DISCRIMINATION AND RETALIATION

1. This is a Complaint for unlawful race discrimination [black], sex discrimination [male] and retaliation under Title VII of the Civil Rights Act of 1964, [including § 704(b)] Amended; 42 U.S.C. § 1981 ("§1981") through 42 U.S.C. § 1983 ("§1983") and the Fourteenth Amendment of the United States Constitution, Equal Protection Clause ("Equal Protection Clause") through § 1983.

2. The Plaintiff, Scott F. Jordan, is an adult African-American/black male who resides in Allen County, Indiana and at all times relevant herein he was an employee of Kelly/ Lincoln until his termination on March 31, 2017. The Plaintiff's date of birth is

3. Kelly is a for-profit foreign corporation with its place of business in Fort Wayne, Allen County, Indiana. Kelly employs 15 or more employees in each and every calendar year and engages in interstate commerce and is subject to the jurisdiction of the provisions of Title VII, § 1981 and § 1983 and the Equal Protection Clause.

4. Lincoln is a for-profit foreign corporation with its place of business in Fort Wayne, Allen County, Indiana. Lincoln employs 300 or more employees in each and every calendar year and engages in interstate commerce and is subject to the jurisdiction of the provisions of Title VII, § 1981 and § 1983 and the Equal Protection Clause.

5. That on or about November 7, 2016, the Plaintiff filed a Charge of Discrimination against Lincoln in person with the EEOC office in Indianapolis ("EEOC") [Exhibit A] alleging sex, race and retaliation discrimination.

6. Plaintiff was terminated on March 31, 2017 and filed Charges of Discrimination against Kelly and Lincoln on January 4, 2018 [Exhibits B and C] with the Fort Wayne Metropolitan Human Relations Commission. Those Charges were refused to be properly filled out by the Fort Wayne Metropolitan Human Relations Commission and did only charge retaliation, not race and sex discrimination. This improper filing was corrected by the EEOC per Plaintiff's letter request of January 9, 2018.

7. The EEOC issued a Dismissal and Notice of Rights with regard to Kelly on June 19, 2018 [Exhibit D]. The EEOC issued a Notice of Right to Sue with regard to Lincoln on July 31, 2018 [Exhibit E]. This Complaint is timely filed.

8. The Plaintiff alleges as follows:

   a. Plaintiff commenced his employment with the Kelly/Lincoln assigned to Lincoln through Kelly on October 26, 2015, having held the position of Processing Specialist and meeting or exceeding his employer's reasonable standards for productivity, training and in all other respects;

   b. After filing his Charge of November 7, 2016, Plaintiff was told his assignment would end in February of 2017. Plaintiff was later informed that his assignment would be extended until March 31, 2017, which he believes Kelly/Lincoln did so it would not appear that he was being retaliated against;

   c. Effective March 31, 2017 the Plaintiff was terminated from employment due to non-renewal of his assignment;

   d. Throughout his assignment, Plaintiff was treated less favorably than similarly situated white females, including Jessica Sanders ("Sanders") and Katie Edwards ("Edwards");

   e. Sanders and Edwards were both assigned through Kelly as a staffing agency and were trained properly and hired by Lincoln. Plaintiff was not trained properly and was given a date that his assignment would end;

   f. Plaintiff was also harassed by Jane Lichtsinn, Department Manager, and Phadrien Bohnstedt, Trainer, by requiring the Plaintiff to do two jobs and unprofessional broadcast of criticism and excessive scrutiny;

   g. Plaintiff was given conflicting instructions causing him to have errors;

3

h. Kelly/Lincoln refused to provide Plaintiff with his production numbers (metric evaluations) and his production numbers were compared to Sanders' production numbers in an attempt to make him look bad, even through they performed two different jobs with different production standards;

i. Plaintiff complained about the racially/sexually discriminatory treatment (including a formal complaint on February 23, 2016) but the issues were not resolved. Instead, Plaintiff was retaliated against in that Kelly/Lincoln ended his assignment after the harassment continued and other employees attempted to intimidate him;

j. Plaintiff continued to apply for permanent positions in 2015 and 2016 with Lincoln, but was never granted any and was passed over by non-African-American females who had less seniority and productivity. On information and belief, Defendant overlooked Plaintiff for promotion more than 20 times;

k. Plaintiff contends that his termination was pretextual, and that he was really terminated, in part, in retaliation for his complaints of being denied promotions, which were given to female and non-African-American co-workers with less seniority. and because of his prior Charge of Discrimination;

4

      l.      Plaintiff further alleges that similarly situated coworkers who were not black/African-American or male were treated more favorably than Plaintiff with regard to promotions and job advancement in violation of Kelly/Lincoln's policies; and

      m.     Plaintiff was never offered weekend overtime despite repeated requests to participate. This benefit was only offered to white females.

9. The retaliation claim is based upon facts that the Plaintiff demonstrated that he opposed an unlawful employment practice by stating to his employer prior complaints against unlawful discrimination on the basis of race, sex and retaliation and filing of the Charge of November 7, 2016.

10. These actions opposing unlawful employment practices by the Plaintiff constituted a statutorily protected activity that is causally linked to the material adverse action taken against the Plaintiff, i.e., termination.

11. As a direct and proximate cause of these unlawful acts, the Plaintiff alleges that he has been discriminated against on the basis of African-American [black], sex [male] and by retaliation, all in violation of Title VII [including § 704(b)], § 1981 and § 1983 and the Equal Protection Clause.

12. The Plaintiff was subjected to and has experienced loss of a job and job-related benefits and income, loss of his chosen career opportunities, mental stress, embarrassment, humiliation and other damages and injuries yet to be determined.

13. The actions of Lincoln and Kelly were intentional and knowing entitling the Plaintiff to punitive damages.

14. The Plaintiff has had to hire an attorney to represent him in this cause of action and seeks attorney's fees under 42 U.S.C. § 1988.

15. The Plaintiff is also seeking non-monetary remedies including all the equitable remedies available including reinstatement, ability to engage in his career opportunities, lost wages and benefits and all other equitable injunctive relief available.

WHEREFORE, the Plaintiff, Scott F. Jordan, in person and by counsel, requests a judgment against Kelly and Lincoln, jointly and severally, for compensable damages in a reasonable amount, punitive damages, reasonable attorney fees, costs, equitable and injunctive relief and all other proper relief.

_____
Scott F. Jordan, Plaintiff

VEGELER LAW OFFICE LLC

By: _____
Robert Owen Vegeler (947-02)
110 West Berry Street, Suite 1200
Fort Wayne, Indiana 46802
Ph: (260) 407-6161
Fax: (260) 407-6160
robert@vegelerlaw.com
Counsel for Plaintiff

02D03-1809-PL-000315  
Allen Superior Court 3

Filed: 9/12/2018 1:20 PM  
Clerk  
Allen County, Indiana  
TK

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 470-2017-00326 |

Indiana Civil Rights Commission _____ and EEOC  
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.)  
Mr. Scott F. Jordan

**Home Phone** (Incl. Area Code): (260) 438-4813  
**Date of Birth**:

**Street Address**: 4725 Ottawa Drive, **City, State and ZIP Code**: Fort Wayne, IN 46835

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: LINCOLN NATIONAL CORPORATION  
**No. Employees, Members**: Unknown  
**Phone No.** (Include Area Code): (260) 455-0494

**Street Address**: 1300 S Clinton St, **City, State and ZIP Code**: Fort Wayne, IN 46802

**Name**:  
**No. Employees, Members**:  
**Phone No.** (Include Area Code):

**Street Address**: **City, State and ZIP Code**:

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN  
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION  
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE  
Earliest: 10-26-2015  Latest: 11-04-2016  
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Black male. I have been assigned to the above-named Respondent through a temporary agency since 10/26/15. My position is Processing Specialist. Throughout my assignment, I have been treated less favorably than similarly situated White Females, including Jessica Sanders and Katie Edwards. Sanders and Edwards were both assigned through a staffing agency and have been trained properly, and hired by the Respondent. I was not trained properly, and have been given a date that my assignment will end. I have also been harassed by Jane Lichtsinn (department manager) and Phadrien Bohnstedt (trainer). I have been given conflicting instructions which causes me to have errors. Respondent refuses to provide me with my production numbers. My production is compared to Sanders' production in an attempt to make me look bad, when we perform two different jobs with different production standards. I have complained about the racially discriminatory treatment, but the issues have not been resolved. Instead, I have been retaliated against, in that Respondent will be ending my assignment, the harassment continues, and Respondent's employees have attempted to intimidate me. I believe that I have been discriminated against due to my sex, male, and my race, Black, and retaliated against for having complained of discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov 07, 2016  
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  
(month, day, year)

EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA [X] EEOC | EC-0020-A18 24D-2018-00093 |

City of Fort Wayne Metro Human Relations Commission                    and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Scott F. Jordan | (260) 431-4813 | |

Street Address: 4725 Ottawa Drive, Fort Wayne, IN 46835

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| KELLY SERVICES | Unknown | |

Street Address: 3702 Rupp Drive, Fort Wayne, IN 46815

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-31-2017    Latest: 03-31-2017
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a qualified individual who was employed by Kelly Services, Inc. (Kelly) since September 2015. I was placed at Lincoln Financial Group in October 2015. In February 2017, I contacted Kelly and informed them that I was experiencing discrimination on the bases of my race. Kelly never addressed my issues. My assignment then ended on March 31, 2017 with Lincoln and I decided I did not want to be placed anywhere else by Kelly.

For these reasons, I believe I have been retaliated against for complaining about discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Jan 04, 2018
Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS
(month, day, year)

EXHIBIT B

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA  [X] EEOC | EC-0019-A18  24D-2018-00092 |

City of Fort Wayne Metro Human Relations Commission and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Scott F. Jordan | (260) 431-4813 | |

Street Address: 4725 Ottawa Drive, Fort Wayne, IN 46835

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| LINCOLN NATIONAL CORPORATION | Unknown | |

Street Address: 1300 S Clinton St, Fort Wayne, IN 46802

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-31-2017    Latest: 03-31-2017
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a qualified individual who filed a complaint against Lincoln Financial Group ("Lincoln") on November 7, 2016. After filing my complaint I was told my assignment would end in February 2017. I was then told that my assignment was extended out until March 31, 2017. I believe Lincoln extended my assignment out so it would not appear they were not retaliating against me. I was terminated March 31, 2017.

For these reasons, I believe I have been retaliated against for filing a complaint of discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jan 04, 2018
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EXHIBIT C

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Scott F. Jordan
4725 Ottawa Drive
Fort Wayne, IN 46835

From: Indianapolis District Office
101 West Ohio St
Suite 1900
Indianapolis, IN 46204

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24D-2018-00093 | Frederick J. BruBaker, Enforcement Supervisor | (317) 226-7350 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

_____
Michelle Eisele,
District Director

JUN 1 9 2018
*(Date Mailed)*

cc: KELLY SERVICES, INC
c/o Danette Duron Willner
Associate Corporate Counsel
Law Department
999 W. Big Beaver Road
Troy, MI 48084

Robert O. Vegeler
PNC Bank Center #1200
110 W. Berry St.
Fort Wayne, IN 46802

EXHIBIT D

Enclosure with EEOC

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Scott F. Jordan<br>4725 Ottawa Drive<br>Fort Wayne, IN 46835 | From: Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24D-2018-00092 | Frederick J. BruBaker,<br>Enforcement Supervisor | (317) 226-7350 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*

Michelle Eisele,
District Director

JUL 31 2018
*(Date Mailed)*

Enclosures(s)

cc:  Jennifer L. Petruccelli
Vice President and Senior Counsel
LINCOLN FINANCIAL GROUP
150 N. Radnor Chester Rd.
Radnor, PA 19087

Robert O. Vegeler
VEGELER LAW OFFICE LLC
Suite 1200- PNC Bank Center
110 West Berry Street
Fort Wayne, IN 46802

**EXHIBIT E**

Enclosure with EEOC