UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **SCOTT F. JORDAN,** *also known as* **Scott Jordan,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) Cause No. 1:18-cv-00321-WCL-SLC |
| **LINCOLN FINANCIAL GROUP,** *et al.*, | ) ) ) |
| **Defendants.** | ) |

### ORDER

On March 5, 2019, Defendant Kelly Services, Inc. ("Kelly Services"), filed a motion to stay the instant case with respect to Plaintiff's claims against Kelly Services pending the resolution of arbitration between Plaintiff and Kelly Services. (DE 29). In the motion, Kelly Services indicates that Plaintiff's counsel has no objection to the motion. (DE 29 ¶ 12).

The Court notes that, despite Kelly Services's claim that the motion is unopposed, the motion lacks a representation that Defendant Lincoln Financial Group ("Lincoln") agrees to the motion. However, Lincoln has not responded to the motion, and the time to do so has passed. N.D. Ind. L.R. 7-1(d)(2)(A). Thus, Lincoln appears not to oppose the motion.

Accordingly, Kelly Services's motion (DE 29) is GRANTED. Proceedings with respect to Plaintiff's claims against Kelly Services are STAYED. The case remains pending as to Plaintiff's claims against Lincoln. Kelly Services is to file a notice with the Court upon resolution of arbitration between Plaintiff and Kelly Services.

SO ORDERED. Entered this 21st day of March 2019.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge