# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| SCOTT JORDAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 1:18-cv-00321-WCL-SLC |
| KELLY SERVICES, INC. and LINCOLN FINANCIAL GROUP, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court having reviewed the parties STIPULATION OF DISMISSAL, hereby orders that the above-captioned cause of action be dismissed with prejudice as the Defendant, Kelly Services, Inc. only.

Dated: March 4, 2020

s/William C. Lee
JUDGE WILLIAM C. LEE
UNITED STATES DISTRICT COURT